**SO ORDERED.**
**SIGNED this 9th day of April, 2014**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| IN RE:  DAVID RHEINECKER | #09-33434 |
| LORIE RHEINECKER | Chapter 13 |

### AGREED ORDER

Upon consideration of the Motion to Recover Unclaimed Funds filed by Specialized Loan Servicing LLC, pursuant to 11 U.S.C. §347 and 28 U.S.C. §2041 et seq., requesting an Order directing the Clerk to remit to it unclaimed funds in the amount of $5,307.80; it is hereby

**ORDERED** that the Clerk shall remit to Specialized Loan Servicing, LLC unclaimed funds in the amount of $5,307.80 addressed as follows:

Specialized Loan Servicing, LLC
Suite 300, 8742 Lucent Blvd.
Highlands Ranch, CO  80129

# # #

APPROVED FOR ENTRY:

_____
RICHARD B. MANER, #024019
Attorney for Movant
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA 30328
(404) 252-6385

_____
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN. 37901
(865) 524-4995