# LIMITED POWER OF ATTORNEY

Santander Consumer USA as Assignee of CitiFinancial Auto Corporation, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover cash or cash equivalents specifically arising from the Carl David Flatford & Kathy Starr Flatford bankruptcy matter that belong to the Principal**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 19 day of NOV, 2013.

**PRINCIPAL:**
Santander Consumer USA as Assignee of CitiFinancial Auto Corporation
(Tax ID # 36-3149993)

**PRINCIPAL'S ADDRESS:**
8585 N Stemmons Freeway, Suite 1100N
Dallas, TX 75247

By: _____
Mark McCastlain
Title: Treasurer

## ACKNOWLEDGMENT

STATE OF TEXAS)

COUNTY OF DALLAS)

Before me, the undersigned a Notary Public, in and for said County and State on this 19 day of November, 2013, personally appeared Mark McCastlain to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Treasurer and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
09/22/2017

Notary _____

DIANA RAMIREZ
Notary Public, State of Texas
My Commission Expires
September 22, 2017

EXHIBIT
1