


CONSUMER

**Mark McCastlain, CTP**
Senior Vice President, Treasurer

8585 N. Stemmons Freeway, Suite 1100-North
Dallas, TX 75247

PHONE 214.292.2709    CELL 214.356.4132    FAX 214.615.3971
EMAIL mmccastlain@santanderconsumerusa.com

**EXHIBIT 3**