**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **RE:**  ) | |
| ) | |
| **CARL DAVID FLATFORD and**  ) | |
| **KATHY STARR FLATFORD,**  ) | **CHAPTER 7** |
| ) | **CASE NO.:06-32395** |
| ) | |
| **Debtors.**  ) | |

_____

**ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT**
_____

On the application of Santander Consumer USA as assignee of CitiFinancial Auto Corporation a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 et. seq. and directs that the funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant, in the amount of $1,066.87 be paid to Santander Consumer USA as assignee of CitiFinancial Auto Corporation, in care of

David H. Jones, as attorney for American Property Locators, Inc., Kennerly, Montgomery & Finley, P.C., 550 Main Street, 4th Floor, Knoxville, Tennessee, 37902.

# # #

APPROVED FOR ENTRY:

/s/ David H. Jones
David H. Jones, BPR #011840
Attorney for American Property Locators, Inc. as Attorney In Fact for Santander Consumer USA as assignee of CitiFinancial Auto Corporation
Kennerly, Montgomery & Finley, P.C.
550 Main Street, 4th Floor
Knoxville, TN 37902
Phone:	(865) 546-7311
Fax:	(865) 524-1773

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014 I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
800 Market Street, Suite 211
Knoxville, TN 37902

/s/ David H. Jones
David H. Jones